# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:05-CR-00070-GCM** |
| | ) | |
| v. | ) | |
| | ) | **AMENDED JUDGMENT** |
| **ADRIAN LAMONT PENDERGRASS** | ) | |

The Judgement entered in this case is hereby amended at page 2 of 3 as follows:

### IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS. This sentence is not to be served consecutively with the sentence imposed in State Court.

**IT IS SO ORDERED.**

Signed: December 19, 2011

Graham C. Mullen
United States District Judge